UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KIM EVETTE TOLBERT, | Case No. 2:23-cv-01996-JAD-BNW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JUDGE DIANA SULLIVAN, *et al.*, | |
| Defendants. | |

Plaintiff Kim Tolbert, who is incarcerated at the Clark County Detention Center, submitted an application to proceed in forma pauperis and a complaint. (ECF No. 1).

Plaintiff's application to proceed in forma pauperis is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed in forma pauperis and attach (1) an inmate account statement for the past six months, and (2) a properly executed financial certificate. Plaintiff has submitted only a statement indicating her inability to pay the fees, but she has not submitted an application to proceed in forma pauperis or an inmate account statement for the past six months. The Court therefore will deny Plaintiff's application to proceed in forma pauperis without prejudice. Plaintiff must cure the deficiencies of her application to proceed in forma pauperis, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed in forma pauperis, then Plaintiff must file a complete application including all of the documents referenced in this Order. Plaintiff is advised that if she has been incarcerated at the Clark County Detention Center for fewer than six months, then she must submit an inmate account statement for the period they has been incarcerated.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send Plaintiff a blank application to proceed in forma pauperis by a prisoner as well as the document titled "Information and Instructions for Filing a Motion for Leave to Proceed In Forma Pauperis."

**IT IS FURTHER ORDERED** that within 30 days of the date of this Order, Plaintiff must either: (1) file a complete application to proceed in forma pauperis, on the correct form with complete financial attachments, or (2) pay the full $405 fee for filing a civil action, which includes the $350 filing fee and the $55 administrative fee.

**IT IS FURTHER ORDERED** that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: December 7, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE