Kim E Tolbert #5992725
Name and Inmate Booking Number

Clark County Detention Center
Place of Confinement

330 Casino Blvd
Mailing Address

Los Vegas Nevada 89101
City, State, Zip Code

```
        FILED          RECEIVED
        ENTERED        SERVED ON
                COUNSEL/PARTIES OF RECORD

              DEC 0 1 2023

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
   BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kim Enette Tolbert ,
Plaintiff

vs.

(1) STATE of Nevada, et al ,

(2) _____ ,

(3) _____ ,

(4) _____ ,

(5) _____ ,
Defendant(s).

2:23-cv-01996-JAD-BNW

**CIVIL RIGHTS COMPLAINT
BY AN INMATE**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☒ Jury Trial Demanded

### A.     JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
   ☐ Other: _____

2) Institution/city where Plaintiff currently resides: Las Vegas

3) Institution/city where violation(s) occurred: Las Vegas

## B. DEFENDANTS

1. Name of first Defendant: Judge Diana Sullivan. The first Defendant is employed as: Justice Court Judge (Position of Title) at Justice Court (Institution).

2. Name of second Defendant: Judge Nadia Woods. The second Defendant is employed as: Justice Court Judge (Position of Title) at Justice Court (Institution).

3. Name of third Defendant: State of Nevada. The third Defendant is employed as: Legal officers (Position of Title) at Public Defenders Office (Institution).

4. Name of fourth Defendant: State of Nevada. The fourth Defendant is employed as: Legal Officers (Position of Title) at District Attorney office (Institution).

5. Name of fifth Defendant: Judge Christy Craig. The fifth Defendant is employed as: District Court Judge (Position of Title) at 5th District Court (Institution).

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. NATURE OF THE CASE

Briefly state the background of your case.

Participating in criminal scheme to deprive and alter U.S Citizens substantial legal due process to guarantee an criminal conviction to prison or long commitment to Nevada Mental Institute. Felsify mental competency under false pretense and deprive person free speech with slander; discredit of mentally ill under NRS 178.400 et seq 175.539 et al to leave inmate incarcerated for long periods without credit time serve. No bail enforcement without adequate motions or hearings falsify court docket records when no hearings occurred [Nevada Supreme Court #85554] Denial Counsel with legal proceedings

2

### D.   CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: <u>Deprive of U.S. Constitution right to fair trial 5th, 6th, 14th, Kidnap (false imprisonment) 1st free speech, Fraud on Court, Right to counsel law</u>

2. **Claim 1.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities          ☐ Medical care              ☐ Mail
   ☐ Disciplinary proceedings   ☐ Exercise of religion      ☐ Property
   ☑ Access to the court        ☐ Excessive force by officer ☐ Retaliation
   ☐ Threat to safety           ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: <u>January 26 2023 to Current</u>

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

Deprived court hearings or denied as false statement I, Kim Tolbert Refused. Altered court register of action to reflect my attendance and/or I waived rights. Falsified court hearing on March 19, 2023 (Sunday) Falsified proceedings and legal hearings for procedural purposes as completed with minutes that never occurred. Falsified out of custody on May 17, 2023 when actually in custody at Clark County Detention to issue bench warrant on June 21, 2023 while still in custody. Accused of fraud crimes and proceeded on charges as if pick up on arrest on July 21, 2023 ordered commitment based on fraudulent proceedings to Max Security facility for misdeanor putting in harms way with more highly dangerous offenders. Denied counsel and hearing proceedings to ultimately commit Plaintiff, Kim Tolbert on Jul 21, 2023 without legal due process by Judge Christy Craig with false records of proceedings of case [23-GR-02375]

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: U.S Mail fraud and U.S Constitution right legal due process

2. **Claim 2.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Medical care           ☑ Mail

   ☐ Disciplinary proceedings   ☐ Exercise of religion   ☐ Property

   ☐ Access to the court    ☐ Excessive force by officer   ☐ Retaliation

   ☐ Threat to safety       ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: January 26, 2023

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   Sent Court Summons to fraudulent address to ensure a bench warrant on Municipal Court Citation. Held in jail from Mar 1-13, 2023 with awareness of pending hearing on mar 14, 23. Released morning of hearing from incarceration knowingly the pending case C-23-004565 would produce bench warrant. failed to give credit for time served

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: 8th Amendment Cruel & unusual punishment; 14th Amendment

2. **Claim 3.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities    ☐ Medical care    ☐ Mail

   ☐ Disciplinary proceedings    ☐ Exercise of religion    ☐ Property

   ☐ Access to the court    ☐ Excessive force by officer    ☐ Retaliation

   ☐ Threat to safety    ☒ Other: Deprived of Substantial due process

3. **Date(s) or date range** of when the violation occurred: Mar 18 to Current.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   Denied bail without adequate motions or cause on record, Aggressive, malicious prosecution. Failure to apply legal criminal proceedings; procedures. Excessive abuse of authority, willful misconduct by parties. Denied Plaintiff, Km Tolbert guaranteed arraignment, Preliminary hearing. Racial bias with similarly situated accused more lenient with harsher criminal history or allow release multiple offenses and offenders of other non black races.

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

### E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?   ☒ Yes   ☐ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?   ☐ Yes   ☒ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"   ☐ Yes   ☒ No

### F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Injunctive Relief to stop legal misconduct, Criminal prosecution under Federal Statutes, monetary, punative damages allowed under law. Emotional distress relief as allowed. Legislative provision for legal fraud in Court system (protection for law abiding citizens.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____   Kim E_____ (signature of plaintiff)
(name of person who prepared or helped
prepare this complaint if not the plaintiff)

11/28/2023
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.